## No. 6.

### POMEROY ET AL *against* TAYLOR. *Franklin*, 1816.

THE doings of a former proprietors' meeting, and divisions made in consequence thereof, cannot be legalized, by any vote they may afterwards pass, at a subsequent meeting.

A new trial will not be granted, in an action of ejectment, where the damages are nominal, although a small part of the lands, in dispute, were proved, on the trial, to be in a third person, and the Jury, by mistake, returned a verdict for the whole.

## No. 7.

### ROGERS *against* PAGE ET AL. *Addison*, 1816.

AN absolute right to a water course, may be acquired by 15 years' uninterrupted possession, use and occupation, claiming right thereto, adverse to all others.

The Court will not grant a new trial, where the equity is strongly in favor of the verdict, although that which is stated, by the Judge, to be the law, and on which the verdict is founded, is doubtful.